BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00152-KJM |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | Date: April 3, 2013<br>Time: 9:00 a.m. |
| DUANE E. POOLE, | Judge: Hon. Kimberly J. Mueller |
| Defendant. | |

It is hereby ordered that Indictment against Duane E. Poole is dismissed.

IT IS SO ORDERED.

Dated: March 28, 2013.

_____
UNITED STATES DISTRICT JUDGE